## 33007. LANIER v. THE STATE.

JORDAN, Justice.

Appellant was convicted for murder, sentenced to life imprisonment and appeals.

The only enumeration of error is that the trial court erred in overruling his motion for new trial on the general grounds. An examination of the record shows facts sufficient to authorize the finding that the appellant deliberately and intentionally killed his ex-wife.

*Judgment affirmed. All the Justices concur.*

SUBMITTED NOVEMBER 18, 1977 — DECIDED JANUARY 4, 1978.

*Joseph C. Kitchings,* for appellant.

*J. Lane Johnston, District Attorney, Arthur K. Bolton, Attorney General, William B. Hill, Jr.,* for appellee.